■ PAMELA L. DAVIS, Respondent, v BRUCE T. DAVIS, Appellant. — Appeal from an order of the Supreme Court, Suffolk County (Baisley, J.), dated July 25, 1981, dismissed. Said order is not appealable as of right (see *Bagdy v Progresso Foods Corp.,* 86 AD2d 589). Order of the same court (McCarthy, J.), entered March 11, 1981, affirmed. No opinion. Respondent is awarded one bill of costs. Damiani, J. P., Lazer, Mangano and Brown, JJ., concur.